# United States Bankruptcy Court
## Western District of Virginia

In re   **Randolph Lee Hicks**                                                                        Case No.   **15-61761**
                                                       Debtor(s)                                      Chapter    **13**

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __5__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date   __1-13-16__          Signature   _/s/ Randolph L. Hicks_
                                         Randolph Lee Hicks
                                         Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6D (Official Form 6D) (12/07)

In re  **Randolph Lee Hicks**                                              Case No. __15-61761__
_____,
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community / H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Barrier Island Station<br>PO Box 8279<br>Duck, NC 27949 | - | | Mortgage<br><br>Timeshare in Duck, NC; tax-assessed valuation; debtor to surrender<br><br>Value $ 2,500.00 | | | | 4,830.00 | 2,330.00 |
| Account No.<br><br>Continental Central Credit, Inc NC<br>PO Box 131120<br>Carlsbad, CA 92013 | | | Additional notice address for Barrier Island Station<br><br>Value $ | | | | Notice Only | |
| Account No. 68998002674799<br><br>Bk Of Amer<br>1800 Tapo Canyon Rd<br>Simi Valley, CA 93063 | - | | Opened 10/01/07  Last Active  8/01/15<br><br>Mortgage<br><br>Property at 1117 Meriweather Street, Charlottesville, Virginia (tax-assessed valuation)<br><br>Value $ 285,500.00 | | | | 100,105.00 | 0.00 |
| Account No.<br><br>Bank of America, Bky Dept<br>Mail Stop CA6-919-01-23<br>400 National Way<br>Simi Valley, CA 93065 | | | Additional notice address for Bk Of Amer<br><br>Value $ | | | | Notice Only | |
| __2__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 104,935.00 | 2,330.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  Randolph Lee Hicks , Case No. 15-61761
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 68998002679099<br><br>Bk Of Amer<br>1800 Tapo Canyon Rd<br>Simi Valley, CA 93063 | - | | Opened 10/01/07 Last Active 8/09/15<br><br>Mortgage<br><br>Property at 905 Montrose Avenue, Charlottesville, Virginia (tax-assessed valuation)<br>Value $     175,500.00 | | | | 97,880.00 | 0.00 |
| Account No. 1181 16 64<br><br>Mony Life Insurance<br>PO Box 6866<br>New York, NY 10249-6866 | - | | Whole Life Policy Loan<br><br>Whole life policy with Money Life<br><br><br>Value $     9,630.94 | | | | 11,302.37 | 1,671.43 |
| Account No. 611700576<br><br>Nationstar Mortgage LLC<br>Attn: Bankruptcy<br>350 Highland Dr<br>Lewisville, TX 75067 | - | | Opened 4/01/02 Last Active 5/22/15<br><br>Mortgage<br><br>Residence at 179 Greene Lea Drive, Ruckersville, Virginia (tax-assessed valuation)<br>Value $     194,800.00 | | | | 7,014.00 | 0.00 |
| Account No. 7110781353<br><br>Ocwen Loan Servicing L<br>1661 Worthington Rd Suite 100<br>West Palm Beach, FL 33409 | - | | Opened 3/01/07 Last Active 6/24/11<br><br>Mortgage<br><br>Property at 516 Lexington Avenue, Charlottesville, Virginia (tax-assessed valuation)<br>Value $     650,000.00 | | | | 650,000.00 | 0.00 |
| Account No.<br><br>Ocwen<br>c/o McCabe Weisburg & Conway<br>312 Marshall Avenue, Suite 800<br>Laurel, MD 20707 | | | Additional notice address for Ocwen Loan Servicing L<br><br><br>Value $ | | | | Notice Only | |

Sheet  1  of  2  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) | 766,196.37 | 1,671.43

B6D (Official Form 6D) (12/07) - Cont.

In re  Randolph Lee Hicks , Case No. 15-61761
                Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>Ocwen<br>c/o Surety Trustees<br>722 East Market Street, Suite 203<br>Leesburg, VA 20176 | | | Additional notice address for Ocwen Loan Servicing L<br><br>Value $ | | | | Notice Only | |
| Account No.<br>Sampson County, NC<br>PO Box 257<br>Clinton, NC 28328 | - | | 2011-2014<br>Property in High House Road, Clinton, Sampson County, North Carolina (tax-assessed valuation)<br>Value $ 57,972.00 | | | | 5,258.00 | 0.00 |
| Account No.<br>Adele Lang Hicks<br>  [DECEASED] | | | Additional notice address for Sampson County, NC<br><br>Value $ | | | | Notice Only | |
| Account No.<br>Sands Ocean Club<br>9550 Shore Drive<br>Myrtle Beach, SC 29572 | - | | Timeshare Dues Lien<br>Timeshare in Myrtle Beach, SC; tax-assessed valuation; debtor to surrender<br>Value $ 2,500.00 | | | | 2,000.00 | 0.00 |
| Account No.<br><br><br><br>Value $ | | | | | | | | |

Sheet 2 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 7,258.00 | 0.00 |
| Total (Report on Summary of Schedules) | 878,389.37 | 4,001.43 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

In re  Randolph Lee Hicks                                                            ,   Case No.   __15-61761__
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__1__ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **Randolph Lee Hicks**,  Case No. **15-61761**
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>Internal Revenue Service<br>Insolvency Units<br>400 North Eighth Street, Box 76<br>Richmond, VA 23219 | | - | 2011-2014<br>Income taxes | | | | 10,000.00 | 0.00 | 10,000.00 |
| Account No.<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | | Additional notice address for Internal Revenue Service | | | | Notice Only | | |
| Account No.<br>Virginia Department of Taxation<br>Bankruptcy Department<br>P.O. Box 2156<br>Richmond, VA 23217 | | - | 2012-2014<br>Income taxes | | | | 3,000.00 | 0.00 | 3,000.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)  13,000.00 | 0.00 | 13,000.00

Total (Report on Summary of Schedules)  13,000.00 | 0.00 | 13,000.00