THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

In Re:   Randolph Lee Hicks                                  Chapter 13
                                                             Case No. 15-61761
         Debtor(s)

## OBJECTION TO CLAIM(S); ORDER AND NOTICE OF OPPORTUNITY FOR HEARING

The undersigned Movant(s), by counsel, objects to the following claim(s) for the reasons stated:

| CLAIM NO. | NAME & ADDRESS OF CLAIMANT | AMOUNT | OBJECTIONS |
|---|---|---|---|
| Notice filed on 8/15/16 | U.S. Bank National Association, c/o Nationstar Mortgage LLC, PO Box 619096. Dallas, TX 75261-9741 | $900.00 | Post-petition fee of $900.00 for Bankruptcy/Proof of Claim fees incurred on 2/22/16 is excessive considering that the claim states that the arrearage equaled the total amount of the debt ($4524.99) which was paid in full by the debtor on or before 5/3/16.  The filing of such a proof of claim is a cost of doing business and should not be passed along to the debtors. |
| | Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933 | *n/a* | *Additional notice address to entity that filed the original proof of claim (Claim 9)* |
| | Richard K. Davis, Chairman & CEO, U.S. Bank National Association, 800 Nicollet Mall, Minneapolis, Minnesota 55402 | *n/a* | *Additional notice address, Certified Mail Return Receipt Requested* |

WHEREFORE, the undersigned prays that the Court, after notice and an opportunity for hearing, sustain the objections or make other determination as is appropriate.

DATED 9/13/16   9/13/16

                                        Respectfully submitted,

                                        Randolph Lee Hicks

                                        By Counsel

/s/ Marshall M. Slayton
MARSHALL M. SLAYTON, VSB # 37362
SLAYTON LAW, PLC
913 East Jefferson Street
CHARLOTTESVILLE, VA  22902
(434) 979-7900
marshall@marshallslayton.com
Counsel for Debtor(s)/Movant(s)

---

It appearing to the Court proper so to do, it is ORDERED that the claimant(s) shall have thirty (30) days from the date of service of this Order to file with the United States Bankruptcy Court at the address shown below, and serve upon the Movant(s) at the address given above and the Trustee, if the Trustee is not the Movant, a written response to said objections, and absent same, the claimant(s) shall be in default and the Movant(s) may tender an Order sustaining the objection without further notice or hearing.

If the claimant(s) timely files a response to the Movant's objections and requests a hearing upon same, a hearing shall be held in the United States Bankruptcy Court, U.S. Courthouse, Room 200, 255 West Main Street, Charlottesville, VA  22902, on 11/10/16, at 9:30 a.m., upon the Movant's objection to claim and the claimant's response thereto.  The claimant(s) must be present in person or represented by counsel at said hearing.

The Movant(s) shall serve a copy of this Order, within seven (7) days of the date of this Order, upon all claimants and certify service in writing to the Court.

DATED:____09/13/16_____        _____
                                                                    U.S. BANKRUPTCY JUDGE

---

I hereby certify that I have this date mailed a true copy of the foregoing Objection and Order to the claimant(s) at the address(es) above (via certified mail return receipt requested to the Chairman & CEO of U.S. Bank National Association), and the Debtor(s) in this case, and to the Trustee via ECF.


DATED:_____        _____
                                                                    Marshall M. Slayton
                                                                    Attorney for Debtor(s)/Movant(s)

Clerk, U.S. Bankruptcy Court
1101 Court Street, Lynchburg, VA 24504
(434) 845-0317